UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LARKIN,<br><br>              Plaintiff,<br>vs.<br><br>HARRELL WATTS, Admin Remedy Coordinator BOP, ROBERT MCFADDEN, Director Western Region BOP, J.L. NORWOOD, Warden USP Victorville, (FNU) SCARCE, SHU Property Officer Victorville, JANE DOE (name unknown), R&D Officer Victorville, and UNITED STATES, c/o Attorney General,<br><br>              Defendants. | Case No. CV 07-7126-VAP(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections, and has made a de novo determination.

IT IS ORDERED that: (1) the Report and Recommendation is

approved and adopted; (2) plaintiff's claim under the Federal Tort Claims Act against defendant United States is dismissed under Rule 12(b)(1) for lack of subject matter jurisdiction, and Judgment shall be entered accordingly; and (3) plaintiff's *Bivens* claims against all other defendants are dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted, and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: June 5, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\07-7126.ado
6/3/08