LODGED
CLERK, U.S. DISTRICT COURT
APR 1 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LARKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRELL WATTS, Admin Remedy Coordinator BOP, ROBERT MCFADDEN, Director Western Region BOP, J.L. NORWOOD, Warden USP Victorville, (FNU) SCARCE, SHU Property Officer Victorville, JANE DOE (name unknown), R&D Officer Victorville, and UNITED STATES, c/o Attorney General,<br><br>    Defendants. | Case No. CV 07-7126-VAP(RC)<br><br>JUDGMENT |

   IT IS ADJUDGED that Judgment shall be entered dismissing the complaint against the United States for lack of subject matter jurisdiction.

   IT IS FURTHER ADJUDGED that Judgment shall be entered dismissing the complaint against all other defendants for failing to state a claim upon which relief can be granted.

DATED: June 5, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\07-7126.jud
4/11/08